526 A.2d 777

## VALLEY BANK AND TRUST COMPANY

v.

### David L. HERNDON and Gilda F. Herndon, his wife, Appellants,

### Duane B. Dillard, Realtor, Raymond Z. Hussack, Sheriff.

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided June 1, 1987.

Reargument Denied Aug. 25, 1987.

Mary B. Seiverling, James G. Morgan, Jr., Harrisburg, for appellants.

Robert C. Shollaert, for Appellee Valley Bank & Trust Co.

Thomas J. Finucane, Chambersburg, for Duane B. Dillard.

Patrick J. Redding, Chambersburg, for Raymond Z. Hussack.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.